NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CHAD DUSTIN TILLMAN

---

### 2013-1232

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 10/968,448.

---

## JUDGMENT

---

JEREMY C. DOERRE, Tillman Wright, PLLC, of Charlotte, North Carolina, argued for appellant. With him on the brief was CHAD D. TILLMAN.

JOSEPH MATAL, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| October 15, 2013 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel  E.  O'Toole |
| | Clerk |